United States District Court
Southern District of Texas
**ENTERED**
June 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GREGORIO RICHARD MATIAS ESTRELLA, Petitioner, | § | CIVIL ACTION NUMBER 4:26-cv-03576 |
| versus | § | JUDGE CHARLES ESKRIDGE |
| MARKWAYNE MULLIN, *et al*, Respondents. | § | |

## ORDER OF DISMISSAL

Pending is an advisory by Respondents stating that Petitioner Gregorio Richard Matias Estrella has voluntarily departed the United States in lieu of removal. Dkt 7.

The challenged detention having now concluded, no live claims remain in this action.

This action is DISMISSED AS MOOT.

This action will be restored to the docket upon request by Petitioner with demonstration that any aspect of this action has not been rendered moot by removal.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on June 12, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge